IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

        Plaintiff,

  v.

JPMORGAN CHASE BANK,

        Defendant.

_____/

No. C 18-02832 WHA

**ORDER OF DISMISSAL**

     As previously ordered, plaintiff has failed to pay the filing fees and, therefore, this matter is **DISMISSED**.

     **IT IS SO ORDERED.**

Dated:  August 23, 2018.

                              _____
                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE