IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

    Plaintiff,

v.

JPMORGAN CHASE BANK,

    Defendant.

No. C 18-02832 WHA

**JUDGMENT**

For the reasons stated in the accompanying order of dismissal, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE